AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of

|  |  |
|---|---|
| *Plaintiff* <br> v. <br><br><br> *Defendant* | ) <br> ) <br> ) <br> ) <br> ) <br> )  Case No. |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

                                                                                                                                              .

Date: 

_____
*Attorney's printed name and bar number*

_____
*Address*

_____
*E-mail address*

_____
*Telephone number*

_____
*FAX number*