IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANASAS
DELTA DIVISION

| | |
|---|---|
| HOLISTIC INDUSTRIES OF ARKANSAS, LLC, and SAM EPSTEIN ANGEL | PLAINTIFFS |
| VS. CASE NO. 2:20-CV-230 LPR | |
| FEUERSTEIN KULICK LLP | DEFENDANT |

## MOTION TO WITHDRAW AS COUNSEL

COMES NOW, Kenneth P. "Casey" Castleberry, and moves the Court for permission to withdraw as counsel of record for the Plaintiffs, Holistic Industries of Arkansas, LLC, and Sam Epstein Angel (collectively "Plaintiffs"), pursuant Local Rule 83.5(f). In accordance with Rule 64, Ark. Rules Civ. Pro., the undersigned has taken reasonable steps to avoid any foreseeable prejudice to the rights of Plaintiffs. Notice of this motion has been provided to Plaintiffs and to opposing counsel. Plaintiffs have retained Beau B. Brogdon, a member of the Bar of this Court, to represent them in this case, and Mr. Brogdon has entered his appearance. The undersigned has provided Mr. Brogdon with the entire file and all papers and property to which the clients are entitled. There is no unearned fee to be refunded to the clients, and the undersigned makes no claim to any fee in connection with his representation of Plaintiffs in this matter.

WHEREFORE, Kenneth P. "Casey" Castleberry respectfully requests that the Court enter an order allowing him to withdraw from further representation in this case.

        Respectfully submitted,


        Kenneth P. "Casey" Castleberry, ABA #2003109
        MURPHY, THOMPSON, ARNOLD,
         SKINNER & CASTLEBERRY
        555 East Main Street, Suite 200
        Post Office Box 2595
        Batesville, Arkansas 72503
        (870) 793-3821 – telephone
        (870) 793-3815 – facsimile
        casey@castleberrylawfirm.com