AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
### for the
Eastern        District of        Arkansas

Holistic Industries of Arkansas, LLC and Sam
Epstein Angel

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | Case No.  2:20-CV-00230-LPR |
| v. | ) | |
| Feuerstein Kulick, LLP | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:
Holistic Industries of Arkansas, LLC and Sam Epstein Angel

Date:   December 14, 2020

E. Jordan Teague (Fed. Bar #12374)
*Attorney's printed name and bar number*

16 W. North Street Greenville, SC 29601
*Address*

jordan@campbellteague.com
*E-mail address*

(864) 326-4186
*Telephone number*

*FAX number*