IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

HOLISTIC INDUSTRIES OF ARKANSAS, LLC, and SAM EPSTEIN ANGEL        PLAINTIFFS

Case No. 2:20-CV-230-LTR

vs.

FEUERSTEIN KULICK LLP        DEFENDANT

**ENTRY OF APPEARANCE**

Notice is hereby given that D. Reece Owens of the Barber Law Firm PLLC, hereby enters his appearance as counsel on behalf of Defendant, Feuerstein Kulick LLP.

Respectfully submitted,

BARBER LAW FIRM PLLC
425 W. Capitol Avenue, Suite 3400
Little Rock, AR  72201
501-372-6175
888-412-3288 = fax

By:    /s/ D. Reece Owens
       D. Reece Owens. Esq. #2017183
       ATTORNEY FOR DEFENDANT
       rowens@barberlawfirm.com