IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

| | |
|---|---|
| Holistic Industries of Arkansas, LLC,<br><br>      Plaintiff,<br><br>v.<br><br>Feuerstein Kulick LLP,<br><br>      Defendant. | CIVIL ACTION NO. 2:20-CV-230-LPR |

**Notice of Appeal**

    Notice is hereby given that Holistic Industries of Arkansas, LLC, the Plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Eighth Circuit from the final order (Doc 39) entered in this action on the **2nd** day of **September 2021**.

    Respectfully submitted this 1st day of October, 2021.

                                         CAMPBELL TEAGUE LLC

                                         */s/ Beau B. Brogdon*
                                         Beau B. Brogdon
                                         Fed. Bar #12951 (Admitted in W.D. Ark.)
                                         beau@campbellteague.com
                                         E. Jordan Teague
                                         Fed. Bar # 8170C24G (Admitted in W.D. Ark.)
                                         jordan@campbellteague.com
                                         16 W. North St.
                                         Greenville, South Carolina 29601
                                         PH: (864) 326-4186
                                         Attorneys for Holistic Industries of Arkansas, LLC.

## **CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that a copy of the foregoing document was served upon the following by Notice of Electronic Filing and Email:

Barber Law Firm PLLC
425 W. Capitol Avenue, Suite 3400
Little Rock, AR 72201
RKMcCulloch@barberlawfirm.com

                                       */s/ Beau B. Brogdon*
                                       COUNSEL

Date: October 1, 2021