IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

| | |
|---|---|
| Holistic Industries of Arkansas, LLC, <br><br> Plaintiff, <br><br> v. <br><br> Feuerstein Kulick LLP, <br><br> Defendant. | CIVIL ACTION NO. 2:20-CV-230-LPR |

## **MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF**

Campbell Teague LLC hereby moves this Court for leave to withdraw as counsel of record for Holistic Industries of Arkansas, LLC, the Plaintiff in the above-named case. In accordance with L.R. 83.5(f), Campbell Teague LLC gave notice of this motion to Holistic Industries of Arkansas, LLC and to opposing counsel. Granting this motion will not prejudice either party given that a final order has been entered in this case.

WHEREFORE, Campbell Teague LLC respectfully requests that this Court enter an order permitting Campbell Teague LLC to withdraw as counsel of record for Holistic Industries of Arkansas, LLC.

CAMPBELL TEAGUE LLC

*/s/ E. Jordan Teague*
Beau B. Brogdon
Fed. Bar #12951 (Admitted in W.D. Ark.)
beau@campbellteague.com
E. Jordan Teague
Fed. Bar # 8170C24G (Admitted in W.D. Ark.)
jordan@campbellteague.com
16 W. North St.
Greenville, South Carolina 29601

PH: (864) 326-4186
Attorneys for Holistic Industries of Arkansas, LLC

## **CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that a copy of the foregoing document was served upon the following by Notice of Electronic Filing and Email:

Barber Law Firm PLLC
425 W. Capitol Avenue, Suite 3400
Little Rock, AR 72201
RKMcCulloch@barberlawfirm.com

*/s/ E. Jordan Teague*
COUNSEL

Date: October 1, 2021