# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 21-3206

Holistic Industries of Arkansas LLC

Appellant

Sam Epstein Angel

v.

Feuerstein Kulick LLP

Appellee

---

Appeal from U.S. District Court for the Eastern District of Arkansas - Delta
(2:20-cv-00230-LPR)

---

## ORDER

Appellant's brief was due on 11/15/2021, but has not been filed. It is hereby ordered that appellant show cause, within fourteen (14) days of the date of this order, why this appeal should not be dismissed for failure to prosecute.

See 8th Cir. R. 3C.

November 23, 2021

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
     /s/ Michael E. Gans

# John Hibbs

| | |
|---|---|
| **From:** | ca08ml_cmecf_Notify@ca8.uscourts.gov |
| **Sent:** | Tuesday, November 23, 2021 8:56 AM |
| **Subject:** | 21-3206 Holistic Industries of AR LLC, et al v. Feuerstein Kulick LLP "Clerk order filed sua sponte showcause failure to prosecute" (2:20-cv-00230-LPR) |

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

## Eighth Circuit Court of Appeals

**Notice of Docket Activity**

The following transaction was filed on 11/23/2021

| | |
|---|---|
| **Case Name:** | Holistic Industries of AR LLC, et al v. Feuerstein Kulick LLP |
| **Case Number:** | 21-3206 |
| **Document(s):** | Document(s) |

**Docket Text:**
CLERK ORDER:Appellant's brief was due on 11/15/2021, but has not been filed. It is hereby ordered that appellant show cause, within fourteen (14) days of the date of this order, why this appeal should not be dismissed for failure to prosecute. Response of Holistic Industries of Arkansas LLC due 12/07/2021 [5100725] [21-3206] (Nicole Gillis)

**Notice will be electronically mailed to:**

Mr. Beau Bagnal Brogdon: beau@campbellteague.com
Mr. Kenneth P. Castleberry: casey@castleberrylawfirm.com, whitney@castleberrylawfirm.com
Ms. Tammy H. Downs, Clerk of Court: ared_appeals@ared.uscourts.gov
Mr. Robert Kenny McCulloch: rkmcculloch@barberlawfirm.com, dholloway@barberlawfirm.com
Mr. Daniel Reece Owens: rowens@barberlawfirm.com
Ms. Elizabeth Jordan Teague: jordan@campbellteague.com

The following document(s) are associated with this transaction:
**Document Description:** Clerk Order Aplnt Brief Late
**Original Filename:** /opt/ACECF/live/forms/NikiGillis_213206_5100725_ClkOrdAplntBriefLate_244.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=11/23/2021] [FileNumber=5100725-0]
[c4b934e3fe18a55af3d1825835cd059ebac5fb26c4daf0943353d2cebc5c5a71bd40d02435afe58615464e66e34484eda10918e6dc12c855b01a44e8211bed0f]]
**Recipients:**

- Mr. Beau Bagnal Brogdon

- [Mr. Kenneth P. Castleberry](#)
- [Ms. Tammy H. Downs, Clerk of Court](#)
- [Mr. Robert Kenny McCulloch](#)
- [Mr. Daniel Reece Owens](#)
- [Ms. Elizabeth Jordan Teague](#)

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 5100725
**RELIEF(S) DOCKETED:**
  showcause failure to prosecute
**DOCKET PART(S) ADDED:** 6899126, 6899127, 6899128