# MURPHY, THOMPSON, ARNOLD, SKINNER & CASTLEBERRY

ATTORNEYS AT LAW

| | | |
|---|---|---|
| TOM THOMPSON | POST OFFICE BOX 2595 | M & P BANK BUILDING |
| BLAIR ARNOLD | BATESVILLE, ARKANSAS 72503-2595 | 555 E. MAIN ST., SUITE 200 |
| J.T. SKINNER | TELEPHONE: (870) 793-3821 | FACSIMILE: (870) 793-3815 |
| CASEY CASTLEBERRY | | |
| BILL ARNOLD | | |

_____

W.D. MURPHY, JR. (1912-1987)
W.J. "BILL" ARNOLD (1927-1969)                                              E-MAIL: CASEY@CASTLEBERRYLAWFIRM.COM

December 1, 2021

Michael E. Gans                                                                             *Via Electronic Filing*
Clerk of the Court
U.S. Court of Appeals for the Eighth Circuit
Thomas F. Eagleton Courthouse
111 South 10th Street, Room 24.329
St. Louis, Missouri 63102

> RE:  Holistic Industries of Arkansas, LLC, et al. v. Feuerstein Kulick, LLP
>      U.S. District Court of Appeals for the Eighth Circuit | Case No. 2:20cv-00230

Dear Mr. Gans:

I am in receipt of your Order filed on November 23, 2021, directing the Appellant to show cause why this appeal should not be dismissed for failure to prosecute. I was counsel of record before the District Court until December 15, 2020, when Judge Rudofsky issued a text entry order granting my motion to withdraw (**ECF No. 10**). A copy of the text order is enclosed herewith. If there is anything further I need to do, please do not hesitate to let me know.

As always, your courtesy in connection with this matter is greatly appreciated.

With best regards, I am

Respectfully,

Kenneth P. "Casey" Castleberry

KPC/wlw

Enclosure

cc:     All counsel of record via electronic filing

11/30/21, 4:57 PM — Yahoo Mail - Activity in Case 2:20-cv-00230-LPR Holistic Industries of Arkansas LLC et al v. Feuerstein Kulick LLP Order on Moti…

Case 2:20-cv-00230-LPR Document 49 Filed 12/01/21 Page 2 of 2

# Activity in Case 2:20-cv-00230-LPR Holistic Industries of Arkansas LLC et al v. Feuerstein Kulick LLP Order on Motion to Withdraw as Attorney

From: ecf_support@ared.uscourts.gov

To: ared_ecf@ared.uscourts.gov

Date: Tuesday, December 15, 2020, 09:03 AM CST

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### U.S. District Court

### Eastern District of Arkansas

## Notice of Electronic Filing

The following transaction was entered on 12/15/2020 at 9:02 AM CST and filed on 12/15/2020
**Case Name:** Holistic Industries of Arkansas LLC et al v. Feuerstein Kulick LLP
**Case Number:** [2:20-cv-00230-LPR](#)
**Filer:**
**Document Number:** 10(No document attached)

**Docket Text:**
**(This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) ORDER granting [9] Motion to Withdraw as Attorney. Attorney Kenneth P. Castleberry terminated as attorney of record for Plaintiffs. Signed by Judge Lee P. Rudofsky on 12/15/2020. (hml)**

**2:20-cv-00230-LPR Notice has been electronically mailed to:**

Robert Kenny McCulloch     rkmcculloch@barberlawfirm.com, DHolloway@barberlawfirm.com

Kenneth P. Castleberry     casey@castleberrylawfirm.com, whitney@castleberrylawfirm.com

Beau Bagnal Brogdon     beau@campbellteague.com

**2:20-cv-00230-LPR Notice has been delivered by other means to:**