# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 21-3206
_____

Holistic Industries of Arkansas LLC

Plaintiff - Appellant

Sam Epstein Angel

Plaintiff

v.

Feuerstein Kulick LLP

Defendant - Appellee

_____

Appeal from U.S. District Court for the Eastern District of Arkansas - Delta
(2:20-cv-00230-LPR)

_____

**JUDGMENT**

Appellant has failed to respond to the court's order of December 7, 2021, and the appeal is hereby dismissed. *See United States v. Van Stelton*, 988 F.2d 70 (8th Cir. 1993).

The court's mandate shall issue forthwith.

December 22, 2021

Order Entered Under Rule 27A(a):

Clerk, U.S. Court of Appeals, Eighth Circuit.

_____

/s/ Michael E. Gans

| | |
|---|---|
| **From:** | ca08ml_cmecf_Notify@ca8.uscourts.gov |
| **Subject:** | 21-3206 Holistic Industries of AR LLC, et al v. Feuerstein Kulick LLP "judgment filed sua sponte Dismissed" (2:20-cv-00230-LPR) |
| **Date:** | Wednesday, December 22, 2021 11:20:17 AM |

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

### Eighth Circuit Court of Appeals

**Notice of Docket Activity**

The following transaction was filed on 12/22/2021

| | |
|---|---|
| **Case Name:** | Holistic Industries of AR LLC, et al v. Feuerstein Kulick LLP |
| **Case Number:** | 21-3206 |
| **Document(s):** | Document(s) |

**Docket Text:**
**JUDGMENT FILED -** Appellant has failed to respond to the court's order of December 7, 2021, and the appeal is hereby dismissed. See United States v. Van Stelton, 988 F.2d 70 (8th Cir. 1993).
The court's mandate shall issue forthwith. DISMISSED Adp Jan 2022 [5110586] [21-3206] (Nicole Gillis)

**Notice will be electronically mailed to:**

Ms. Tammy H. Downs, Clerk of Court: ared_appeals@ared.uscourts.gov
Mr. Robert Kenny McCulloch: rkmcculloch@barberlawfirm.com, dholloway@barberlawfirm.com
Mr. Daniel Reece Owens: rowens@barberlawfirm.com

**Notice will be mailed to:**

Holistic Industries of Arkansas LLC
c/o John D. Engel
Suite 106
1140 Woodruff Road
Greenville, SC 29607

The following document(s) are associated with this transaction:
**Document Description:** Judgment: Clerk Directed
**Original Filename:** /opt/ACECF/live/forms/NikiGillis_213206_5110586_JudgmentsClerkDirected_125.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=12/22/2021] [FileNumber=5110586-0]
[926c2f061d5d8bc3c3ce25ee9db576d57eb6bca1a9d8145dad93766e8d7ed1cf238b1bbd58bab70c0121f83c3fab39ba0d3dbb7f2c450d83a4b99e334fd3bb06]]
**Recipients:**

- Ms. Tammy H. Downs, Clerk of Court
- Holistic Industries of Arkansas LLC
- Mr. Robert Kenny McCulloch
- Mr. Daniel Reece Owens

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 5110586
**RELIEF(S) DOCKETED:**
  Dismissed
**DOCKET PART(S) ADDED:** 6919563, 6919564, 6919565