# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 21-3206

Holistic Industries of Arkansas LLC

Appellant

Sam Epstein Angel

v.

Feuerstein Kulick LLP

Appellee

---

Appeal from U.S. District Court for the Eastern District of Arkansas - Delta
(2:20-cv-00230-LPR)

---

## MANDATE

In accordance with the judgment of 12/22/2021, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

December 22, 2021

Clerk, U.S. Court of Appeals, Eighth Circuit

| | |
|---|---|
| **From:** | ca08ml_cmecf_Notify@ca8.uscourts.gov |
| **Subject:** | 21-3206 Holistic Industries of AR LLC, et al v. Feuerstein Kulick LLP "Mandate Issued" (2:20-cv-00230-LPR) |
| **Date:** | Wednesday, December 22, 2021 11:22:32 AM |

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

### Eighth Circuit Court of Appeals

**Notice of Docket Activity**

The following transaction was filed on 12/22/2021

**Case Name:** Holistic Industries of AR LLC, et al v. Feuerstein Kulick LLP
**Case Number:** 21-3206
**Document(s):** Document(s)

**Docket Text:**
MANDATE ISSUED. [5110609] [21-3206] (Nicole Gillis)

**Notice will be electronically mailed to:**

Ms. Tammy H. Downs, Clerk of Court: ared_appeals@ared.uscourts.gov
Mr. Robert Kenny McCulloch: rkmcculloch@barberlawfirm.com, dholloway@barberlawfirm.com
Mr. Daniel Reece Owens: rowens@barberlawfirm.com
Honorable Lee P. Rudofsky, District Judge: Lee_Rudofsky@ared.uscourts.gov, Heather_Clark@ared.uscourts.gov

**Notice will be mailed to:**

Holistic Industries of Arkansas LLC
c/o John D. Engel
Suite 106
1140 Woodruff Road
Greenville, SC 29607

The following document(s) are associated with this transaction:
**Document Description:** Mandate
**Original Filename:** /opt/ACECF/live/forms/NikiGillis_213206_5110609_MandateIssuedForms_386.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=12/22/2021] [FileNumber=5110609-0]
[0f095fdbcf6ccc67035adf2fe3196d1816ae2f7eef1f9b355a94de9561d525007643df9721c4e9b5809eef322f586ea65e46303bebab0ab8620ab038a2758b1e]]
**Recipients:**

- Ms. Tammy H. Downs, Clerk of Court
- Holistic Industries of Arkansas LLC
- Mr. Robert Kenny McCulloch
- Mr. Daniel Reece Owens
- Honorable Lee P. Rudofsky, District Judge

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 5110609
**RELIEF(S) DOCKETED:**
**DOCKET PART(S) ADDED:** 6919600